IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SENSUS USA, INC., SENSUS WORLDWIDE :
LIMITED, and SENSUS WORLDWIDE :
HOLDINGS LIMITED, :
:
Plaintiffs, :
v. : Civ. No. 15-742-RGA
:
BENJAMIN P. FRANKLIN, JR., :
:
Defendant. :

## [PROPOSED] ORDER GRANTING MOTION TO EXPEDITE PROCEEDINGS

WHEREFORE, Plaintiffs having moved the Court for an Order expediting these proceedings (the "Motion"), the Court having considered the Motion and for good cause shown,

IT IS HEREBY ORDERED, this 18 day of September, 2015, that:

1. Plaintiffs' Motion (D.I. 11) is GRANTED.

2. The hearing to consider Defendant's Motion to Dismiss (D.I. 7) Plaintiffs' Motion for Temporary Restraining Order (D.I. 10) shall be conducted at 9:00 a.m. on October 2, 2015;

3. Plaintiffs are directed to file a brief in response to Defendant's Opening Brief (D.I. 8) by no later than September 25, 2015.

/s/ Richard G. Andrews
United States District Judge