IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSUS USA, INC., SENSUS WORLDWIDE LIMITED, and SENSUS WORLDWIDE HOLDINGS LIMITED,<br><br>Plaintiffs,<br>v.<br><br>BENJAMIN P. FRANKLIN, JR.,<br><br>Defendant. | Civ. No. 15-742-RGA |

### [PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER

Having considered the Motion for Temporary Restraining Order (the "Order") filed by Plaintiffs Sensus USA, Inc., Sensus Worldwide Limited, and Sensus Worldwide Holdings Limited (collectively "Sensus"), and any opposition thereto, *and oral argument on Oct. 2,*

IT IS HEREBY ORDERED as follows: *RGA*

1. The Motion is GRANTED; *for the reasons stated in open court*

2. Plaintiff Benjamin P. Franklin, Jr. ("Franklin") is temporarily enjoined and shall not provide services, including but not limited to, product and sales management, business planning and operations, and any activity involving the manufacturer, sale, or distribution of metering systems and automatic metering infrastructure for water, gas, and electric utilities for Silver Spring Networks, Inc. as set forth in the Employment and Non-Interference Agreement between Franklin and Sensus which is dated June 13, 2006 and is attached as Exhibit 1 to the Verified Complaint filed by Sensus in the above-captioned action; and

3. Unless otherwise ordered by the Court, the temporary injunctive relief provided by this order will remain in effect until the date upon which the Court issues a decisions resolving Sensus's forthcoming motion for preliminary injunction.

SO ORDERED this 2nd day of October, 2015.

_____
United States District Judge