IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSUS USA, INC., SENSUS WORLDWIDE LIMITED, and SENSUS WORLDWIDE HOLDINGS LIMITED, : : : : Plaintiffs, : v. : : BENJAMIN P. FRANKLIN, JR., : : Defendant. : | Civ. No. 15-742-RGA |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION UNDER SEAL

The Court having considered Plaintiffs' Motion for Leave to File Declaration Under Seal,

IT IS ORDERED this __25__ day of __February__, 2016, that the Motion is Granted.

_____
United States District Judge